UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| GHASSAN ABU HALIMEH, | ) | CASE NO: 1:22-CV-00462 |
| | ) | |
| Plaintiff, | ) | JUDGE: MATTHEW W. MCFARLAND |
| | ) | |
| v. | ) | **STIPULATED NOTICE OF DISMISSAL** |
| | ) | |
| JUNGLE JIM'S INTERNATIONAL MARKET., | ) ) | |
| Defendant. | | |

The parties, by and through undersigned counsel, hereby stipulate and provide notice that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the entirety of this matter is dismissed *with prejudice*. Parties to bear their own costs and attorneys' fees.

Respectfully submitted,

*/s/ Sam Long*  
Sam Long (100174)  
SPITZ, THE EMPLOYEE'S LAW FIRM  
710 East Main Street  
Suite 140  
Lexington, KY 40502  
Phone: (216) 291-4744  
Fax: (216) 291-5744  
sam.long@spitzlawfirm.com  

*Attorney for Plaintiff*

*/s/ Joseph Borchelt*  
Joseph W. Borchelt (0075387)  
Reminger Co., L.P.A.  
525 Vine Street, Suite 1500  
Cincinnati, OH 45202  
Tel: (513) 721-1311  
Fax: (513) 721-2553  
Email: JBorchelt@reminger.com  

*Attorneys for Defendant*